**UNITED STATES FEDERAL DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CYNTHIA BELLEROSE,**
**Plaintiff**

**Vs.** : **COMPLAINT**

**AMES DEPARTMENT STORES, INC,**
**Defendant/Debtor**

[redacted] 05 205 ML

**And**

**CONSTITUTION STATE SERVICE CO.,**
**A Division of Travelers, Property Casualty,**
**Third Party Administrator**

## NATURE OF ACTION AND RELIEF SOUGHT

The Plaintiff's claim is in the nature of a civil tort, premises liability claim whereby the Plaintiff, while shopping in the Defendant's store, was injured when a display shelf fell on her. The Plaintiff seeks monetary compensation for her injuries.

## JURISDICTION AND VENUE

Jurisdiction is based on diversity inasmuch as the Plaintiff resides in Thompson, Connecticut and the Defendant, upon information and belief, is or at all relevant times was principally located in Southern New York. The tort complained of occurred at the Defendant's retail store in Narragansett, Rhode Island.

At the time of the tort as alleged and upon information and belief, the Defendant was a Bankrupt Debtor-in-Possession and was continuing to operate its retail stores. Upon information and belief the Defendant's bankruptcy petition was filed and is pending in the United States Bankruptcy Court for the District of Southern New York,

BK 01-42217. Jurisdiction for the instant claim therefore is also being brought pursuant to 28 USCS s157(c)(2).

**PARTIES**

1. Plaintiff, Cynthia Bellerose, ("Bellerose") is an individual, residing at 23 Orchard Drive, Thompson, Connecticut.

2. Defendant, Ames Department Stores, Inc., ("Ames") at all relevant times was authorized to do business and did do business in the State of Rhode Island at 191 Salt Pond Plaza, Narragansett, Rhode Island.

3. Upon information and belief, Ames has filed its Bankruptcy petition in the Southern District of New York.

4. Constitution State Service Co., a division of Travelers Property Casualty Co, is the Third Party Administrator for the Debtor. The Plaintiff's claim is presently being handled through its office in Hartford, Connecticut.

5. Upon information and belief the Debtor was "self-insured" relative to the type of claim alleged herein.

**FACTUAL ALLEGATIONS**

6. Ames had a duty to maintain its merchandise display shelves in a reasonably safe condition for the protection and safety of its customers.

7. Ames had a duty to display its merchandise in such a way that its customers would have reasonable and safe access to inspect and/or purchase such merchandise.

8. On June 25, 2002, Plaintiff was shopping in the Debtor's store.

9. On that date, Plaintiff was interested in an item located on an upper shelf of a display and was in the exercise of due care.

10. As Plaintiff attempted to reach for such item, the entire shelf fell on Plaintiff's head.

11. Ames breached its duty to Plaintiff by negligently maintaining its shelf display and/or by negligently displaying its items so as to cause this accident.

12. Ames actions or inactions amount to negligence.

13. As the result of Ames' negligence, Plaintiff sustained injuries to her head, neck and back areas for which she incurred substantial medical bills.

**WHEREFORE**, Plaintiff demands that judgment enter against Ames and/or its successor representative in the amount of $75,000 plus interest and costs as may be applicable by law.

**PLAINTIFF HEREBY DEMANDS HER RIGHT TO TRIAL BY JURY ON ALL APPLICABLE ISSUES AS MAY BE STATUTORILY PERMITTED.**

The Plaintiff,
Cynthia Bellerose,
By her Attorney

R. Andrew Pelletier, Esq #3424
PELLETIER & MIRZA, LLP
293 South Main Street
Providence, RI 02903
401-861-1743

Dated: April 28, 2005