UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA BELLEROSE<br>Plaintiff<br><br>VS.<br><br>AMES DEPARTMENT STORES, INC.<br>Defendant/Debtor<br><br>and<br><br>CONSTITUTION STATE SERVICE CO.,<br>A Division of Travelers, Property Casualty,<br>Third Party Administrator | : | C.A. NO.: 05-205ML |

**STIPULATION**

It is hereby agreed between the parties that defendants may have two weeks, or up to and including June 23, 2005, within which to file their answer or other responsive pleading.

R. Andrew Pelletier #3424
PELLETIER & MIRZA, LLP
293 South Main Street
Providence, RI 02903
(401) 861-1743
*Plaintiff's Attorney*

James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500
*Defendants' Attorney*

Enter:
Mary M. Lisi
USDJ 6/23/05

Dated: 6/13/05