UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA BELLEROSE<br>Plaintiff<br><br>VS.<br><br>AMES DEPARTMENT STORES, INC.<br>Defendant/Debtor<br><br>and<br><br>CONSTITUTION STATE SERVICE CO.,<br>A Division of Travelers, Property Casualty,<br>Third Party Administrator | C.A. NO.: 05-205ML |

**SUGGESTION OF BANKRUPTCY**

Defendant, Ames Department Stores, Inc. submits the following documents evidencing its voluntary petition for bankruptcy filed on August 21, 2001 in the United States Bankruptcy Court for the Southern District of New York:

(1) Voluntary Petition of Bankruptcy (**Exhibit A**);

(2) Court Order Directing Joint Administration of Ames Department Stores, Inc. and its subsidiaries' Chapter 11 Cases dated August 20, 2001 (**Exhibit B**).

Defendant has remained in Chapter 11 bankruptcy from August 20, 2001 to the present. Attached as **Exhibit C** is the most recent filing in the bankruptcy case.

Defendant Ames Department Stores, Inc.
By its Attorneys,

James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

**CERTIFICATION**

I hereby certify that on the 30th day of June, 2005, a true copy of the within was hand delivered to:

R. Andrew Pelletier, Esq.
PELLETIER & MIRZA, LLP
293 South Main Street
Providence, RI 02903