**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No. 01- 42217( REG)** |
| **AMES DEPARTMENT STORES, INC.,** | : | |
| **Debtor.** | : | |

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No. 01-42218 (REG)** |
| **AMES MERCHANDISING CORPORATION,** | : | |
| **Debtor.** | : | |

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No. 01- 42219 (REG)** |
| **AMESPLACE.COM, INC.,** | : | |
| **Debtor.** | : | |

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No. 01-42220 (REG)** |
| **AMES REALTY II, INC.,** | : | |
| **Debtor.** | : | |

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No. 01- 42221 (REG)** |
| **AMES TRANSPORTATION SYSTEMS, INC.,** | : | |
| **Debtor.** | : | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion dated August 20, 2001 (the "Motion") of Ames Department Stores, Inc. and its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to Bankruptcy Rule 1015(b) directing joint administration of the above-captioned chapter 11 cases for procedural purposes only, as more fully set forth in the Motion; and the Court having jurisdiction to consider and determine the Motion as a core proceeding in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtors, their estates, and their creditors; and due notice of the Motion having been served on the (i) the United States Trustee for the Southern District of New York, (ii) the Debtors' prepetition senior secured bank lenders, and (iii) the creditors holding the twenty largest unsecured claims against the Debtors' estates, and it appearing that no other or further notice need be given; and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted and approved; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| **AMES DEPARTMENT STORES, INC., *et al.*,** | : | **01-*42217 (REG)*** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

and it is further;

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Ames Department Stores, Inc., Ames Merchandising Corporation, Amesplace.com, Inc., Ames Realty II, Inc., and Ames Transportation Systems, Inc. The docket in Case No. 01- ***42217(REG)*** should be consulted for all matters affecting this case.

and it is further

ORDERED that service of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York for the filing of a memorandum of law is waived.

Dated: New York, New York
***August 20, 2001***

***/S/ ROBERT E. GERBER***
UNITED STATES BANKRUPTCY JUDGE